| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | | 3. Date of Report |
|---|---|---|---|
| HAIGHT CHARLES S. JR. | USDC SDNY | | 07/02/2007 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | **5a.** Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  _X_ Annual  ___ Final | | **6.** Reporting Period |
| SENIOR U.S. DISTRICT JUDGE | **5b.** ___ Amended Report | | 01/01/2006 - 12/31/2006 |
| **7. Chambers or Office Address** 500 PEARL STREET - RM 1940 NEW YORK NY 10007 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 ADVISORY TRUSTEE | AMERICAN - SCANDINAVIAN FOUNDATION |
| 2 DIRECTOR | KENNEDY CHILD STUDY CENTER |
| 3 BOARD OF MANAGERS | HAVENS RELIEF FUND SOCIETY |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 2 | | $ |
| 3 | | $ |
| | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| [X] NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

RECEIVED 2007 JUL -9 A 11: 04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/02/2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 1 [X] | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 [X] | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 [X] | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

* Value Codes

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of* PAGE 3 OF 9

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 A. ASSETS OWNED BY REPORTING INDIVIDUAL | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 HERITAGE CASH TRUST | A | INT | J | T | | | | | |
| 4 WALT DISNEY CO | A | DIV | J | T | PARTIAL SALE | 1/3 | J | C | |
| 5 HOME DEPOT INC | A | DIV | J | T | PARTIAL SALE | 6/1 | J | C | |
| 6 CVS CORP | A | DIV | J | T | PARTIAL SALE | 1/3 | J | B | |
| 7 JOHNSON + JOHNSON | A | DIV | J | T | | | | | |
| 8 MICROSOFT CORP | A | DIV | J | T | | | | | |
| 9 MOTOROLA INC | A | DIV | J | T | BUY | 6/1 | J | | |
| 10 PFIZER INC. | A | DIV | J | T | | | | | |
| 11 QUEST DIAGNOSTICS | A | DIV | J | T | | | | | |
| 12 TARGET CORP | A | DIV | J | T | | | | | |
| 13 3M COMPANY | A | DIV | J | T | BUY | 6/2 | J | | |
| 14 UNITED PARCEL | A | DIV | J | T | | | | | |
| 15 BARON GROWTH FUND | NONE | | K | T | | | | | |
| 16 COLUMBIA MARSICO EQUITIES FUND CL. A | | | K | J | BUY | 6/5 | K | | |
| 17 HERITAGE MID CAP STOCK FUND | NONE | | K | T | | | | | |
| 18 | | | | | | | | | |

1. Income Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/02/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 I SHARES TR S&P SMALL CAP 600 | | | | | PARTIAL SELL | 1/3 | J | B | |
| 2 " " " " | | | | | SELL | 6/1 | J | B | |
| 3 NEW YORK NY GEN OBLIGATION BONDS | B | INT | K | T | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/02/2009 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 B. ASSETS OWNED BY REPORTING INDIVIDUAL ▬▬▬ | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 HERITAGE CASH TRUST | A | INT. | J | T | | | | | |
| 4 BERKSHIRE HATHAWAY | NONE | | J | T | | | | | |
| 5 CISCO SYSTEMS | NONE | | J | T | | | | | |
| 6 CITIGROUP INC. | A | DIV | K | T | PARTIAL SALE | 1/3 | J | C | |
| 7 COMCAST CORP. | NONE | | K | T | | | | | |
| 8 CONOCO PHILLIPS | NONE | | J | T | BUY | 9/13 | J | | |
| 9 EXXON MOBIL CORP | A | DIV | J | T | | | | | |
| 10 GENERAL ELECTRIC | A | DIV | J | T | | | | | |
| 11 IBM | A | DIV | | | SALE | 9/13 | J | D | |
| 12 J.P. MORGAN CHASE | A | DIV | J | T | | | | | |
| 13 DISCOVERY HOLDING CO. | NONE | | | | SALE | 5/2 | J | B | |
| 14 LIBERTY MEDIA CORP | NONE | | | | PARTIAL SALE | 6/1 | J | C | |
| 15 " " " " | | | | | SALE | 9/13 | J | C | |
| 16 MEDTRONIC INC. | A | DIV | J | T | | | | | |
| 17 STRYKER CORP. | A | DIV | J | T | BUY | 6/1 | J | | |
| 18 TIME WARNER | A | DIV | J | T | | | | | |

Income Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D9)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 WASHINGTON MUTUAL | A | DIV | J | T | | | | | |
| 2 YAHOO INC. | NONE | | J | T | BUY | 12/8 | J | | |
| 3 TYCO INTERNATIONAL | A | DIV | | | SELL | 6/1 | J | B | |
| 4 BARON FIFTH AVE. | NONE | | K | T | BUY | 1/3 | J | | |
| 5 OAKMARK FUND CLASS I | A | DIV | K | T | | | | | |
| 6 OAKMARK INTERNATL. FUND | A | DIV | K | T | | | | | |
| 7 MASTERS SELECT INTERNATL. FUND | A | DIV | K | T | | | | | |
| 8 PIMCO TOTAL RETURN FUND | A | DIV | J | T | BUY | 9/14 | J | | |
| 9 T. ROWE PRICE INTL. BOND FUND | A | INT | J | T | BUY | 9/13 | J | | |
| 10 ROYCE PREMIER FUND | A | DIV | J | T | | | | | |
| 11 ISHARES TR DJ SEL DIV INX | A | DIV | K | T | | | | | |
| 12 ISHARES TR MSCI EAF IDX | A | DIV | K | T | | | | | |
| 13 ISHARES TR S&P MIDCAP 400 | A | DIV | J | T | PARTIAL SELL | 6/1 | J | C | |
| 14 NY NY GEN. OBLIGATION BONDS | B | INT | K | T | | | | | |
| 15 NY STATE TWY AUTH HWAY & BRG TR. FD | B | INT | K | T | | | | | |
| 16 NY STATE DORM AUTHORITY | B | INT | K | T | | | | | |
| 17 NIAGARA FALLS NY CITY SCHOOL DIST. | B | INT | K | T | | | | | |
| 18 NY NY GENERAL OBLIGATION BONDS | B | INT | K | T | | | | | |

1. Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 NY STATE GENERAL OBLIGATION BONDS | B | INT | K | T | | | | | |
| 2 NY NY GENERAL OBLIGATION BONDS | B | INT | K | T | | | | | |
| 3 MADISON COMMUNITY BANK - C/D | A | INT | | | REDEMP | 1/27 | J | NONE | |
| 4 WBYMAC BANK PASADENA C/D | A | INT | | | REDEMP | 6/30 | K | NONE | |
| 5 LUCENT TECHNOLOGIES | NONE | | | | WARRANT EXP. | 5/2 | J | A | |
| 6 WASHINGTON MUTUAL BANK HENDERSON C/D | A | INT | | | BUY | 7/10 | K | | |
| 7 HSBC C/D | A | INT | J | T | | | | | |
| 8 VANGUARD WINDSOR II FUND | | | | | | | | | |
| 9 HSBC CHECKING ACCT | A | INT | J | T | | | | | |
| 10 TRUST W/W OF ███████ | B | INT/ DIV | M | T | — SEE REMARKS, PART VIII | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

PAGE 8 OF

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 C. ASSETS ████ HELD WITH ████ | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 DELAFIELD FUND | A | DIV | | | PARTIAL SELL | 2/15 | J | A | |
| 4 " " " " | | | | | SELL | 7/5 | J | A | |
| 5 HENNESSY CORNERSTONE GROWTH FUND | A | DIV | | | PARTIAL SELL | 2/16 | J | A | |
| 6 " " " " | | | | | SELL | 7/3 | J | C | |
| 7 BUFFALO SMALL CAP FUND | A | DIV | | | PARTIAL SELL | 2/21 | J | B | |
| 8 " " " " | | | | | SELL | 7/7 | J | B | |
| 9 BANK OF INTERNET USA | A | INT | | | ACCT. CLOSED | 11/10 | J | NONE | |
| 10 FIDELITY SHORT TERM BOND FUND | A | INT | | | SELL | 1/17 | J | A | |
| 11 VANGUARD INFLATION PROTECTION FUND | A | DIV/INT | K | T | | | | | |
| 12 VANGUARD MONEY MARKET FUND | A | INT | J | T | ACCT. OPENED | 7/24 | | | |
| 13 ING DIRECT SAVING BANK | B | INT | L | T | | | | | |
| 14 US TRUST CO. CHECKING ACCT | NONE | | J | T | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal U=Book Value R=Cost (real estate only) S=Assessment T=Cash Market
(See Col. C2) V=Other W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR | 07/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Page 8, line 14 of Part VII

~ Please refer to my explanatory letter dated December 5, 2006, responding to an inquiry about this item on my 2005 Report.

Page 8, lines 3, 4, 5, 6, 9 and 10 of Part VII.

These entries refer to partial and then total redemption of shares in the listed mutual funds. Column D(1) should read "redemption" ~~rather~~ rather than "sell" on these lines.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▨▨▨▨▨▨▨▨▨         Date 07/02/2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544